## ROY YOUNG *v.* DEAN VLAHOS ET AL.

The petition by the defendant Call Center Technologies, Inc., for certification for appeal from the Appellate Court, 103 Conn. App. 470 (AC 27324), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kevin P. Chamberlin,* in support of the petition.

*Michael R. Kaufman,* in opposition.

Decided January 23, 2008